# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Plaintiff, | Case No. | 4:21-CR-06042-MKD-5 |
|---|---|---|---|
| -vs- | | **CRIMINAL MINUTES** | |
| AHMAD K. BACHAY, | | DATE: | FEBRUARY 24, 2026 |
| | Defendant. | LOCATION: | RICHLAND |
| | | **CHANGE OF PLEA HEARING** | |

| Honorable Mary K. Dimke | | | |
|---|---|---|---|
| Cora Vargas | 02 | Rana Raad via video conference | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Laurel Holland for Brandon Pang | | Jeffrey L. Kradel, I | |
| **Government Counsel** | | **Defense Counsel** | |

**[ X ]  Open Court**           **[   ]  Chambers**           **[   ]  Video Conference**

Defendant present in custody of the US Marshal and being assisted by an Arabic interpreter via video conference.

Original signed Plea Agreement provided to the Court.

Oath administered to Defendant for change of plea.

Defendant confirmed his true and correct name. Defendant also confirmed and that he had previously been provided a copy of the charging document and Plea Agreement and has reviewed both documents with his attorney.

The Court advised Defendant of the possible penalties associated with the charges and rights given up by entering guilty pleas, including the right to a jury trial. The Court confirmed Defendant's understanding of the elements and facts depicted in the Plea Agreement which would need to be proven to obtain a conviction. The Court advised Defendant that he will be giving up certain rights to appeal.

Defendant entered pleas of guilty to Counts 126 and 130 of the Indictment and the Court accepted his pleas. The Court found Defendant to be fully competent and aware of the charges against him and that he knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a Presentence Investigation Report be prepared by United States Probation and set sentencing for **May 18, 2026** at **1:00 p.m. in Richland**.

Mr. Kradel indicated Defendant does not object to entry of the proposed Preliminary Order of Forfeiture submitted by the United States.

# [X]  ORDER FORTHCOMING

| CONVENED:   3:30 P.M. | ADJOURNED:   4:06 P.M. | TIME:   0:36 HR. | CALENDARED   [X] |
|---|---|---|---|